379 A.2d 585

Commonwealth v. Duncan, Appellant.

Submitted December 6, 1976. Richard J. Habgood, for appellant; Stephen B. Harris, First Assistant District Attorney, and Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.